**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Artis Charles Harrell v. Jerome Godinich, Jr.

Appellate case number:     01-16-00338-CV

Trial court case number:    2014-63129

Trial court:                        190th District Court of Harris County

Appellant, Artis Charles Harrell, has filed a motion requesting "a contempt order against the district court clerk" for failure to comply with this Court's order directing the district court clerk to send to appellant a copy of any supplemental clerk's record filed in this appeal and notify the Clerk of this Court of the date on which delivery to appellant was made. The Clerk of this Court has not received notice that a copy of the supplemental clerk's record, filed on November 3, 2016, was delivered to appellant. And, in his motion, appellant states that he has not received a copy of the supplemental clerk's record. Accordingly, we direct the Clerk of this Court to send to appellant a copy of the one-volume supplemental clerk's record filed in this Court on November 3, 2016. We **dismiss as moot** appellant's motion.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                              ☑ Acting individually      ☐ Acting for the Court


Date: January 12, 2017